**Electronically Filed
Supreme Court
SCWC-10-0000181
05-JUL-2013
12:16 PM**

SCWC-10-0000181

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE:  MARN FAMILY LITIGATION

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000181; MASTER FILE NO. 00-1-MFL)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner Alexander Y. Marn's Application for Writ of Certiorari filed on May 28, 2013, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, July 5, 2013.

| | |
|---|---|
| Joseph W. Huster for petitioner Alexander Y. Marn | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Louise K.Y. Ing and Tina L. Colman for Liquidating Receiver Thomas E. Hayes | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| Steven Guttman, Dawn Egusa, Michael L. Freed, and Mark B. Desmarais for respondent James Y. Marn, Jr. | /s/ Richard W. Pollack |

